UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| LOUIS C. SHEPTIN,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>EL LATINO NEWSPAPER, ET AL. ,<br><br>　　　　　　　　Defendant. | CASE NO. 10CV1212-JLS(WMC)<br><br>JUDGMENT AND DISMISSAL BY COURT<br>UNDER Local Cv Rule 41.1 FOR WANT OF<br>PROSECUTION |

The above-entitled cause, having come before the court on a calendar called pursuant to notice under Local Cv Rule 41.1, and it appearing to the court that this action has been pending in this court for more than six months without any proceeding having been taken therein during such period, therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled cause is hereby dismissed, without prejudice, for want of prosecution.

DATED: JANUARY 26, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　JANIS L. SAMMARTINO
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

　　　　　　　　　　　　　　　　　　　　ENTERED ON _____